

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00213-CV

## IN THE MATTER OF THE MARRIAGE
## OF VINCENT WILLIAMS AND DEBORAH L. WILLIAMS,

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. CDN-14-42552

## MEMORANDUM OPINION

The Clerk of this Court notified Appellant by letter dated June 24, 2016 that Appellant must complete and file a docketing statement. *See* TEX. R. APP. P. 32.1 ("Promptly upon filing the notice of appeal in a civil case, the appellant *must* file in the appellate court a docketing statement … ") (emphasis added).

When the docketing statement was not received, the Clerk then notified Appellant by letter dated July 22, 2016 that the Court had not received the docketing statement in this appeal and warned Appellant that if the docketing statement was not filed within 21 days from the date of that letter, this appeal would be dismissed without further notification. *See id.* R. 42.3(b), (c); 44.3.

Because the docketing statement has not been filed, this appeal is dismissed. *Id.*


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed August 24, 2016
[CV06]

